## IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF ALABAMA SOUTHERN DIVISION

| | |
|---|---|
| THOMAS PEYTON, JR., | ) |
| Petitioner, | ) |
| vs. | )  CIVIL ACTION 05-00482-KD-B |
| GWENDOLYN MOSLEY, | ) |
| Respondent. | ) |

## **JUDGMENT**

It is **ORDERED, ADJUDGED**, and **DECREED** that this petition be and is hereby **DISMISSED** with prejudice.

**DONE** this the 12th day of February, 2009.

        s / Kristi K. DuBose
        **KRISTI K. DuBOSE**
        **UNITED STATES DISTRICT JUDGE**